AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
WALID H. FARHAN

**CRIMINAL COMPLAINT**

CASE NUMBER: 92-0830 RC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 17, 1991__ in __Norwood__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution for willfully damaging and destroying by fire and explosive a building, structure and dwelling house, a felony under the Massachusetts General Laws.

in violation of Title __18__ United States Code, Section(s) __1074__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Wayne M. _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 14, 1992  at 1:59 pm  at  Boston, Massachusetts
Date                                         City and State

ROBERT B. COLLINGS,  U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

                                              Boston, Massachusetts
                                              February 14, 1992

    I, Wayne A. Miller, Special Agent, United States Bureau of Alcohol, Tobacco and Firearms, being duly sworn, deposes and states as follows:

    1.  On or about July 17, 1991, the United States Bureau of Alcohol, Tobacco and Firearms was requested to assist the Franklin Fire Department in the location and apprehension of Walid H. Farhan.

    2.  On June 12, 1991, I conducted a fire scene origin and cause examination at Franco's Pizza, 12 East Central Street, Franklin, Massachusetts.  The examination was conducted with Trooper Michael Cherven, Franklin Fire Lieutenant George Cody, and Franklin Police Detective Sergeant Albert D'Aniello.  The examination was conducted pursuant to a state search warrant and a report of the examination was subsequently prepared.  I also took several items into evidence and transmitted them to the ATF National Laboratory.  I determined that the fire was intentionally set with the aid of approximately 10 gallons of a flammable liquid.

    3.  From June 12, 1991, through June 16, 1991, Trooper Cherven, and others conducted several interviews relative to this fire.  I, along with Trooper Cherven, determined that had probable cause to seek an arrest warrant for Walid H. Farhan, owner/operator of Franco's Pizza, for violation of Massachusetts General Law for burning a dwelling and causing injury to

firefighters a felony. The warrant was issued on June 17, 1991, and I assisted in the arrest of Farhan on that date at 48H Dean Street, Norwood, Massachusetts.

4. On July 17, 1991, interviewed Trooper Cherven, relative to Farhan's failure to appear that day in Wrentham District Court on the above charges. Case No. 91-117-2000-0205. Trooper Cherven told me that a state warrant was issued for the arrest of Farhan for his failure to appear.

5. It is now believed that Walid M. Farhan has fled the Commonwealth of Massachusetts to avoid prosecution. Investigation by the United States Bureau of Alcohol, Tobacco and Firearms has revealed that Walid M. Farhan may be living in Colorado.

6. I have been informed by Trooper Cherven that the Norfolk County District Attorney's Office will prosecute Walid M. Farhan upon his return to Massachusetts.

7. Based upon the foregoing facts and my experience over the past fifteen years as a Special Agent of ATF, there is probable cause to believe that Walid M. Farhan has traveled outside the State of Massachusetts to avoid prosecution for a felony under the laws of Massachusetts for willfully damaging and destroying by fire and explosive, any building or structure, in

violation of Title 18, United States Code, Section 1074.

*Wayne M. Miller*
WAYNE A. MILLER
Special Agent
Bureau of Alcohol, Tobacco
and Firearms

Subscribed and sworn to before me this 14 day of February, 1992.

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

3