UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         V.                 )    CRIMINAL NO. 92-0830-RBC
                            )
WALID H. FARHAN             )

## DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint against Walid H. Farhan. As grounds for the instant dismissal, the undersigned states that further prosecution of the within complaint would not be in the interests of justice, in so far as the defendant has been a fugitive for over 13 years, and there is no likelihood that he will ever be apprehended.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

May 17, 2005

Leave To File Granted:

ROBERT B. COLLINGS
United States Magistrate Judge

Date: 5/19/2005

